UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARK S. NELSON, | ) | Case No.: 3:20-CV-00164-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING AND ACCEPTING |
| | ) | REPORT AND RECOMMENDATION OF |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| vs. | ) | (ECF NO. 3) |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3[1]) entered on March 26, 2020, recommending that the Court grant Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), file the Complaint (ECF No. 1-1).  No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 3) is ADOPTED and ACCEPTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Defendants **The State of Nevada, Judge Mike James, Jaran Stanton, Sherri Gamble, Amy and Judy** are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Defendant **Officer Vargas** is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to file an amended complaint correcting the deficiencies consistent with the Report and Recommendation (ECF No. 3) on or before June 22, 2020.

**IT IS FURTHER ORDERED** that if Plaintiff fails to file an amended complaint on or before June 22, 2020, the action may be dismissed.

**IT IS SO ORDERED.**

Dated this 20th day of May, 2020.

ROBERT C. JONES
United States District Judge

2